FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAR 24 2025
KHS
MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR. NO. 25-529 KWR |
| ) | |
| vs. ) | |
| ) | |
| **NELSON ORTIZ**, ) | |
| ) | |
| Defendant. ) | |

## WAIVER OF INDICTMENT

I, Nelson Ortiz, the above-named Defendant, who is accused of violating 18 U.S.C. § 1951(a), that being Conspiracy to Commit Interference with Commerce by Extortion Under Color of Official Right, and being advised of the nature of the charges, the Information, and of my rights, hereby waive in open Court on March 24, 2025, prosecution by Indictment and consent to proceeding by Information rather than by Indictment.

_____
NELSON ORTIZ
Defendant

_____
JASON BOWLES
Attorney for Defendant

Before:

_____
HONORABLE KAREN B. MOLZEN
UNITED STATES MAGISTRATE JUDGE