IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 25-CR-00529 KG |
| | ) | |
| NELSON ORTIZ, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

Defendant, Nelson Ortiz, by and through his counsel of record, Jason Bowles of Bowles Law Firm, hereby moves this Court to continue the sentencing hearing currently scheduled for September 16, 2026 at 1:00 p.m., and in support of his motion states as follows:

1.    Mr. Ortiz accepted a plea agreement and this Court scheduled the sentencing hearing for September 16, 2026 at 1:00 p.m.

2.    The United States has produced approximately 500 gigabytes of discovery to date, which contains approximately 1,016,359 pages of discovery. The United States is finalizing its discovery production, to include providing an additional approximate three terabytes of discovery, which is primarily media. While the United States provided an index with this discovery to facilitate counsel's review as it relates to Mr. Ortiz, additional time is needed to review the discovery materials with Mr. Ortiz to prepare for sentencing.

3.    Counsel needs the sentencing disclosures to prepare objections and sentencing memoranda, and have time to speak with his client regarding sentencing.

3.    Counsel is requesting a continuance of no more than ninety (90) days.

4.      Assistant United States Attorneys Shana Long and Katherine Lewis do not oppose this motion.

5.      The United States Probation Office, through Probation Officer Wade Miller, does not oppose this motion.

WHEREFORE, Mr. Ortiz respectfully request that this Court continue the sentencing hearing.

Respectfully submitted,

*/s/ Jason Bowles*
Jason Bowles
Bowles Law Firm
4811 Hardware Drive, N.E., Suite D-5
Albuquerque, N.M.  87109
Telephone: (505) 217-2680
Email: jason@bowles-lawfirm.com

I hereby certify that a true and correct copy
of the foregoing was electronically submitted
this 10th day of August, 2026 to:

Shana Long
Katherine Lewis
Assistant United States Attorneys

*/s/ Jason Bowles*
Jason Bowles
Bowles Law Firm